SHERRYL L. MADISON
20280 North 59th Avenue, Ste. 115-217
Glendale, Arizona 85308

Phone: (602) 741-0891
Fax No. (623) 322-0833 8985

Smadison3@cox.net

In Propria Persona

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of:<br><br>SHERRYL L. MADISON,<br><br>Plaintiff,<br><br>VS.<br><br><br>First Magnus Financial Corporation, Et. Al.<br><br>Defendants.. | Case No.: CV2008-01562-PHX-DKD<br><br><br>NOTICE TO TAKE DEPOSITION OF MONIQUE YABO |

Please be advised that the deposition will be taken upon examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below. Federal Rules of Civil Procedure 26 (a) & 30 (a).

NOTICE OF DEPOSITION -1

| | |
|---|---|
| PERSON TO BE EXAMINED: | **MONIQUE YABO** |
| DATE AND TIME OF DEPOSITION: | June 19, 2009<br>9:00 am |
| PLACE OF DEPOSITION: | Biltmore Office Plaza<br>2942 North 24th Street, Suite 114<br>Phoenix, Arizona 85016 |

RESPECTFULLY SUBMITTED this 15th day of June 2009.

*/s/ Sherryl Madison* without recourse/prejudice
Sherryl Madison
Plaintiff In Propria Persona

## CERTIFICATE OF SERVICE

I, Sherryl Madison, do hereby certify that I mailed the Notice to take Deposition by U.S. Mail postage prepaid to defendant, **Monique Yabo**, this 15th day of June, 2009.

By: */s/ Sherryl Madison*
without recourse/prejudice

NOTICE OF DEPOSITION -2