1  FENNEMORE CRAIG, P.C.
   Barney M. Holtzman (No. 016554)
2  John P. Torgenson (No. 023505)
   3003 North Central Avenue
3  Suite 2600
   Phoenix, AZ  85012-2913
4  Telephone:  (602) 916-5000
   Email:  jtorgens@fclaw.com
5  Email:  bholtzman@fclaw.com

6  Attorneys for Defendants
   DHI Title of Arizona, Inc., Eva Espinoza and
7  Monique Maldonado

8

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF ARIZONA

| | |
|---|---|
| 11 SHERRYL L. MADISON, | Case No.  2:08-cv-01562-GMS |
| 12         Plaintiff, | |
| 13     v. | **NOTICE OF OBJECTION TO DEPOSITION NOTICES OF EVA ESPINOZA AND MONIQUE YABO** |
| 14 FIRST MAGNUS FINANCIAL CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EXECUTIVE TRUSTEE SERVICES, GMAC MORTGAGE, LLC; FREMONT INVESTMENT AND LOAN COMPANY; HOMEQ SERVICING, INC.; LATOIYA WARRICK, GREAT SOUTHWEST MORTGAGE, HOMECOMINGS FINANCIAL NETWORK, LLC; AMERICANA MORTGAGE; JESSENIA GARCIA; CAMBELBACK TITLE AGENCY, LLC; EVA ESPINOZA; INDYMAC BANK FSB; INDYMAC FEDERAL BANK; TONY SMART; STERLING HOME MORTGAGE; FIDELITY NATIONAL FORECLOSURE SOLUTIONS; LITTON LOAN SERVICING, LP; ARGENT MORTGAGE COMPANY, LLC; AMC MORTGAGE SERVICES, INC.; US BANK NATIONAL ASSOCIATION; UNIFIED CAPITAL GROUP, INC.; | **and** **NOTICE OF NON-APPEARANCE AT DEPOSITIONS** **and** **MOTION TO QUASH SUBPOENA** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | WASHINGTON MUTUAL BANK; DHI TITLE; MONIQUE YABO; JOHN OR JANE DOES 1-1000; UNKNOWN INVESTORS; JOHN ROES, 1-10; BEING UNDISCLOSED MORTGAGE AGGREGATORS (WHOLESALERS); MORTGAGE ORIGINATORS; LOAN SELLERS; TRUSTEE OF POOLED ASSETS; TRUSTEE FOR HOLDERS OF CERTIFICATES OF COLLATERALIZED MORTGAGE OBLIGATIONS, ET AL.,<br><br>            Defendants. |

Pursuant to Fed. R. Civ. P. 26(f), Defendants DHI Title of Arizona, Inc., Eva Espinoza ("Ms. Espinoza") and Monique Maldonado (formerly Monique Yabo) ("Ms. Maldonado") give notice of their objection to the deposition notices filed by and supboena(s) served by Plaintiff attempting to depose Ms. Espinoza and Ms. Maldonado on June 19, 2009. The deposition notices are dated June 15, 2009 and undersigned counsel first learned of them today.

Pursuant to Rule 26(f), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f). . ." Here, obviously, the parties have not conferred as required by Rule 26(f). The Court should reject Plaintiff's attempt to conduct depositions at this time and quash the outstanding subpoena(s).

Plaintiff first served Ms. Espinoza with a copy of the Complaint, supporting documents and a subpoena on June 17, 2009. Ms. Espinoza has just retained undersigned counsel. Plaintiff has not yet served Ms. Maldonado with any documents. Undersigned counsel has not yet had an opportunity to meet with either Ms. Espinoza or Ms. Maldonado to discuss this matter. Neither DHI Title, Ms. Espinoza nor Ms. Maldonado have filed a responsive pleading.

1   DHI Title, Ms. Espinoza and Ms. Maldonado respectfully request that the Court
2 deny Plaintiff's inappropriate attempt to depose Ms. Espinoza and Ms. Maldonado on
3 such short notice before they have responded to the complaint or the parties have met
4 pursuant to Rule 26(f).

5   DATED this 18th day of June 2009.

FENNEMORE CRAIG, P.C.


By  s/ John P. Torgenson
    Barney M. Holtzman
    John P. Torgenson
    Attorneys for Defendant
    DHI Title of Arizona, Inc. , Eva
    Espinoza and Monique Maldonado

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18th, 2009, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sherryl L. Madison
20280 N. 59th Avenue
Ste. 115-217
Glendale, AZ 85308
Pro Per
Via U.S. Mail

Kevin Patrick Nelson
Leonard J McDonald , Jr
Tiffany & Bosco PA
2525 E Camelback Rd
3rd Floor
Phoenix , AZ 85016
Email: kpn@tblaw.com
Email: ljm@tblaw.com
Attorneys for Mortgage Electronic Registration

David Edward McAllister
Douglas Anthony Toleno
Rochelle L Stanford
Pite Duncan LLP
4375 Jutland Dr
Ste 200
San Diego , CA 92117
Email: dmcallister@piteduncan.com
Email: ecfazd@piteduncan.com
Email: pdmazdecf@piteduncan.com
Attorneys for GMAC Mortgage, LLC, Homecomings Financial Network, LLC,

Sharon S Moyer
Sacks Tierney PA
4250 N Drinkwater Blvd
4th Floor
Scottsdale , AZ 85251-3647
Email: sharon.moyer@sackstierney.com
Attorney for Fremont Investment & Loan Company

John Maston O'Neal
Ryan Shawn Patterson
Quarles & Brady LLP
1 Renaissance Sq
2 North Central Ave
Phoenix , AZ 85004-2391
602-229-5200
Fax: 602-229-5690
Email: joneal@quarles.com
Email: ryan.patterson@quarles.com
Attorneys for Indy Mac Bank, FSB

Brian Jay Schulman
Greenberg Traurig LLP
2375 E Camelback Rd
Ste 700
Phoenix , AZ 85016
Email: schulmanb@gtlaw.com
Attorneys for US Bank National Association, Litton Loan Servicing, LP

Maureen Patricia Henry
Collins May Potenza Baran & Gillespie PC
201 N Central Ave
Ste 2210
Phoenix , AZ 85073-2210
Email: mhenry@cmpbglaw.com
Attorneys for Fidelity National Foreclosure Solutions

| | | |
|---|---|---|
| 1 | Robert Patrick Rutila | Kevin Patrick Nelson |
| | Buchalter Nemer | Leonard J McDonald , Jr |
| 2 | 16435 N Scottsdale Rd | Tiffany & Bosco PA |
| | Ste 440 | 2525 E Camelback Rd |
| 3 | Scottsdale , AZ 85254-1754 | 3rd Floor |
| | Email: rrutila@buchalter.com | Phoenix , AZ 85016 |
| 4 | Attorneys for AMC Mortgage Services, Inc. | Email: kpn@tblaw.com |
| | and Argent Mortgage Company, LLC | Email: ljm@tblaw.com |
| 5 | | Attorneys for Mortgage Electronic |
| | | Registration Systems, Inc., HomeEq |
| 6 | | Servicing, Inc. |

                                                       s/ Amy Matlock
                                      Secretary for John P. Torgenson

2208432.1

FENNEMORE CRAIG, P.C.
PHOENIX