**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sherryl L. Madison,<br><br>  Plaintiff,<br><br>v.<br><br>First Mangus Financial Corporation, et al.,<br><br>  Defendants. | No. CV-08-1562-PHX-GMS<br><br>**ORDER** |

On June 8, 2010, Plaintiff filed a Notice of Update on Bankruptcy Case (Doc. 279). In that notice Plaintiff indicated that the stay had been lifted regarding the property involved in this case. Two weeks later this Court entered an Order lifting the stay in this action (Doc. 280). The parties since that time have filed motions requesting attorneys' fees against Plaintiff and in response Plaintiff filed a Motion to Dismiss Due to Notice of Filing Bankruptcy (Doc. 283). In that motion Plaintiff claims a right to have the stay reinstated or the matter dismissed because she has converted her Chapter 13 bankruptcy to a Chapter 7 bankruptcy.

The underlying complaint in this matter involves six properties: (1) property at 522 East Glendale Avenue, Phoenix, Arizona 85020; (2) property at 2302 East Lincoln Drive, Phoenix, Arizona 85016; (3) property at 18607 North 45th Drive, Glendale, Arizona 85308; (4) property at 24220 North 53rd Avenue, Glendale, Arizona 85310; (5) property at 7384 W. Utopia Road, Glendale, Arizona 85308; and (6) property at 16083 West Morning Glory

1  Street, Goodyear, Arizona 85338.

2      Over the course of Plaintiff's Chapter 13 bankruptcy, the Bankruptcy Court has lifted
3  the stay as against four of those six properties to allow the creditors to proceed to foreclose
4  and in one case to allow the creditor to proceed in actions against Plaintiff personally.
5  Nevertheless, Plaintiff has never provided this Court with the authority pursuant to which she
6  purports to continue to pursue her claims in this action either on behalf of the Bankruptcy
7  Estate, or as exempt from her bankruptcy proceeding. Therefore,

8      **IT IS HEREBY ORDERED** that **within fourteen (14) days** of the date of this Order
9  the parties shall provide the Court with any authority by which they believe that Plaintiff is
10 authorized to pursue claims against Defendants on behalf of the Bankruptcy Estate, or
11 otherwise.

12     DATED this 4th day of August, 2010.

14     _____
15                G. Murray Snow
                United States District Judge