# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sherryl L. Madison,<br><br>    Plaintiff,<br><br>v.<br><br>First Mangus Financial Corporation, et al.,<br><br>    Defendants. | No.  CV-08-1562-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Clarification (Doc. 301). Neither Plaintiff nor any other party provides authority that Plaintiff has the right to pursue her claims separately from her pending bankruptcy. Thus, the Court will stay this action until resolution in the Bankruptcy Court. Therefore,

**IT IS HEREBY ORDERED** granting the Motion for Clarification (Doc. 301) and staying this action.

**IT IS FURTHER ORDERED** directing Plaintiff to file a Status Report on or before **November 22, 2010**, and every 90 days thereafter, until the stay in this matter is lifted.

**IT IS FURTHER ORDERED** denying without prejudice the following pending Motions:

    1.    Second Motion for Attorney Fees by DHI Title, Eva Espinoza, Monique Yabo (Doc. 281).

    2.    Motion for Leave to Appeal Out of Time (Doc. 282).

3. Motion to Dismiss Due to Notice of Filing Bankruptcy (Doc. 283).

4. Plaintiff's Demand to Strike All of Defendants' Motions for Defendants' Attorneys' Violations of: L.R.Civ.P. Rule 83.3 and F.R.Civ.P. Rule 11 and This Court's Violation of: L.R.Civ.P. Rule 83.5 and Appointment of Fiduciary (Doc. 290).

5. Motion for Attorney Substitution (Doc. 291).

6. MERS and HOMEQ's Response to Plaintiff's Request Permission to File Appeal Out of Time; Motion for Protective Order (Doc. 292).

DATED this 23rd day of August, 2010.

G. Murray Snow
United States District Judge