# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| SHERRYL L. MADISON, | ) | No. CV-08-1562-PHX-GMS |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| FIRST MANGUS FINANCIAL CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

After review of the file, the Court notes that Plaintiff has not served the remaining Defendants First Magnus Financial Corporation; Unified Capital Group Incorporated; Latoiya Warrick; Great Southwest Mortgage; Americana Mortgage Company LLC; Jessenia Garcia; Camelback Title Agency LLC; Eva Espinoza; Tony Smart; and Monique Yabo., within Rule 4(m). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff show cause as to why the remaining Defendants should not be dismissed without prejudice, on or before **July 29, 2011**.

**IT IS FURTHER ORDERED** that the remaining Defendants First Magnus Financial Corporation; Unified Capital Group Incorporated; Latoiya warrick; Great Southwest Mortgage; Americana Mortgage Company LLC; Jessenia Garcia; Camelback Title Agency LLC; Eva Espinoza; Tony Smart; and Monique Yabo will be dismissed without prejudice, if Plaintiff does not comply with the Court's Order.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate without prejudice and without further notice, Defendants First Magnus Financial Corporation; Unified Capital Group Incorporated; Latoiya warrick; Great Southwest Mortgage; Americana Mortgage Company LLC; Jessenia Garcia; Camelback Title Agency LLC; Eva Espinoza; Tony Smart; and Monique Yabo, if Plaintiff fails to comply with the Court's Order.

DATED this 15th day of July, 2011.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge