# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sherryl L. Madison,  ) | **JUDGMENT OF DISMISSAL** |
| ) | **IN A CIVIL CASE** |
| Plaintiff,  ) | |
| ) | CV08-01562-PHX-GMS |
| v.  ) | |
| ) | |
| First Mangus Financial Corporation, et al.  ) | |
| ) | |
| Defendant(s).  ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated August 4, 2011,  judgment is entered in favor of defendants against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

RICHARD H. WEARE
District Court Executive/Clerk

August 4, 2011

s/Elaine Leon
By: Deputy Clerk

cc: (all counsel)